# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Mag. No. 22-6056 |
| DYWANN PUGH | **ORDER** |

IT IS, hereby:

ORDERED that on Sunday, May 7, 2023, the Defendant is granted permission to leave his residence to have a brief stay with his wife at the Loop Inn Motel, located at 1 Rodgers Street, Avenel, NJ 07001. They will be leaving the Defendants residence at 5:15 p.m. and will arrive at the motel at 6:00 p.m. The drive takes approximately forty-five minutes.; and it is further

ORDERED that the Defendant is granted permission to travel to the Loop Inn Motel for arrival at 6:00 p.m. He and his wife will stay for three (3) hours. They will leave and return home to his residence immediately after, arriving at 10:00 p.m. The travel will be direct to and from both destinations, with no stops in between.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: May 2, 2023
Form and entry consented to:

s/ Matthew J. Belgiovine
Matthew J. Belgiovine
Assistant U.S. Attorney

/s/ *Abraham N. Basch*

Abraham N. Basch, Esq.
Counsel for defendant Dywann Pugh

Case 3:23-cr-00460-ZNQ   Document 19   Filed 05/05/23   Page 2 of 2 PageID: 35