## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| | CR23-460(PGS) |
| v. | ~~XXaxXXXXXXXXXX~~ |
| DYWANN PUGH | **ORDER** |

IT IS, hereby:

ORDERED that on Friday, October 20, 2023, the Defendant is granted permission to leave his residence at 453 Drummond Avenue, Neptune, NJ 07753 to attend the wake and funeral of his cousin Donnie R. Jackson III, at Missionary Baptist Church, located at 3891 NW 110th Drive, Jasper, FL 32052. They will be leaving the Defendants residence at 12:00 a.m. and will arrive at the Church at 5:00 p.m. Defendant intends to drive from New Jersey to Florida The drive takes approximately fourteen to fifteen hours, depending on traffic, and it is further

ORDERED that the Defendant is granted permission to travel to his cousin's viewing at Missionary Baptist Church for arrival at 5:00 p.m. He will stay for two (2) hours. They will leave and return to an ~~Air BnB~~ VRBO located at 2551 Moore Crossing Road, Valdosta, GA 31606 immediately after, arriving at 7:40 p.m. The drive takes approximately 40 minutes, depending on traffic, and it is further

ORDERED that on Saturday, October 21, 2023, the Defendant is granted permission to leave his ~~Air BnB~~ VRBO, located at 2551 Moore Crossing Road, Valdosta, GA 31606 to attend the funeral and repast of his cousin, at Word of Deliverance, located at 1138 NW US Highway 41, Jasper, FL 32052. They will be leaving the ~~Air BnB~~ VRBO at 1:20 p.m. and will arrive at Word of Deliverance at 2:00 p.m. The drive takes approximately 40 minutes, depending on traffic. He will stay for five (5) hours. They will leave Word of Deliverance at 7:00 p.m. and arrive at the ~~Air BnB~~ VRBO at 7:40 p.m. The drive takes approximately 40 minutes, depending on traffic, and it is further

ORDERED that on Sunday, October 22, 2023, the Defendant will leave the ~~Air BnB~~ VRBO at 12:00 p.m. and return directly to his place of work, Value City Furniture located at 353 NJ-35, Eatontown, NJ 07724. He will arrive at work at 9:00 a.m. The drive takes approximately fourteen to fifteen hours, depending on traffic. The travel shall be direct with no stops in between.

/s/ Scott

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: 10/15/2023
Form and entry consented to:

S/ Matthew Belgiovine

Matthew J. Belgiovine
Assistant U.S. Attorney

/s/ *Abraham N. Basch*

Abraham N. Basch, Esq.
Counsel for defendant Dywann Pugh